IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OAK BROOK PARK APARTMENTS, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED SPECIALTY INSURANCE COMPANY,<br><br>　　　　　　Defendant. | 8:22CV219<br><br>**ORDER** |

　　　　This matter is before the court on the court's own motion pursuant to 28 U.S.C. §455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. §455(a).

　　　　The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

　　　　Dated this 5th day of April, 2023

.　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　United States Magistrate Judge